## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Analysis of Judgment Lien Tax by Assessor |
| Exhibit B | 40 CFR § 35.2140 |
| Exhibit C | City Engineering Comparison with Other Wholesale Customers |
| Exhibit D | Settlement Agreement 1996 |
| Exhibit D-1 | Finance Dept. Report of Amounts Billed by GLWA/DWSD and Paid by City |
| Exhibit E | June 1983 Agreement Incorporated into Settlement Agreement in ¶ 1b |
| Exhibit F | Chart Showing Overcharges Based on Consent Decree |
| Exhibit G | 1989 Stormwater Agreement between Detroit and MDOT |
| Exhibit H | Chart Adding Stormwater Charges to MCF Amounts |
| Exhibit I | Order Denying Preliminary Injunction against MDOT |
| Exhibit J | Executive Order re Minorities Getting the Hose |
| Exhibit K | Bond Buyer Article re Snyder Trigger of $300 million Default |
| Exhibit L | CFO Non-Disclosures of Loss of Capital Asset Value Compared to Increase Debt |
| Exhibit M | Comparison of Balance Sheets from 2005 and 2014 Showing Mismanagement of Fiscal Policies and Financial Derivative Risk Causing Loss of $1 Billion in Asset Value versus Revenue Bond Debt |
| Exhibit N | Order on Wayne County Case |
| Exhibit O | Original Letter to EPA and Exhibits<br>Exhibit O – I<br>Exhibit O – II<br>Exhibit O - III |
| Exhibit P | Kirk Steudle Letter from MDOT re Refusing to Pay |
| Exhibit Q | MDOT Drain Manual requiring agreement and payment |
| Exhibit R | MDOT NPDES permit expiring in 2009 giving MDOT exemption when discharging into a municipal sewer system |

| | |
|---|---|
| Exhibit S | Letter from Sue McCormick blaming Highland Park for increased user fees when Highland Park has Paid legal amounts due and increase user fees are 20% to 40% too high to cover losses from financial and derivatives mismanagement and purchase of bets on interest rates increasing (i.e. forward starting swaps) has cost GLWA between $700 million and $1billion of wasted revenue bond proceeds from speculation on financial markets. |
| EXHIBIT T | Wayne County Summary Judgment Motion to avoid payments required under §204. |
| EXHIBIT U | Wolfson Response to EPA letter Yopp counter Reply |
| EXHIBIT V | Urban Stormwater Management in the United States |