# CITY OF HIGHLAND PARK
*Return to Excellence*

**Office of the Water Department**
Director – Damon L. Garrett, PE
*Metro Consulting Associates, LLC*

**RE: Comparison of Actual Sewer Charges by GLWA/DWSD to Sewer Charges agreed to be charged in 1996 Consent Decree (Judge John Feikens).**

| Year | Population* | Approximate Median Income** | DWSD/GLWA Billed Volume*** | DWSD/GLWA Billed Revenue*** | Charges as % of Median Income |
|---|---|---|---|---|---|
| 2014 | 10,615 | $ 82,004,539.00 | $ 109,927.00 | $ 6,887,428.00 | 8.4% |
| 2013 | 10,908 | $ 86,059,854.00 | $ 105,589.00 | $ 5,007,724.00 | 5.8% |
| 2012 | 11,214 | $ 91,483,086.00 | $ 103,754.00 | $ 4,840,249.00 | 5.3% |
| 2011 | 11,531 | $ 91,272,096.00 | $ 151,405.00 | $ 4,497,397.00 | 4.9% |
| 2010 | 11,776 | $ 101,873,610.00 | $ 133,898.00 | $ 3,965,206.00 | 3.9% |
| 2009 | 12,204 | $ 100,146,624.00 | $ 158,565.00 | $ 4,438,562.00 | 4.4% |
| 2008 | 12,558 | $ 106,887,690.00 | $ 200,762.00 | $ 4,363,745.00 | 4.1% |
| 2007 | 12,925 | $ 110,011,418.48 | $ 177,542.00 | $ 3,666,450.00 | 3.3% |
| 2006 | 13,305 | $ 113,245,796.74 | $ 167,026.00 | $ 3,370,616.00 | 3.0% |
| Totals | | $ 882,984,714.22 | $ 1,308,468.00 | $ 41,037,377.00 | 4.6% |

*Source: SEMCOG & US Census Bureau
**Source: US Census Bureau
***Source: EMMA publicly disclosed financial information

| Year | Population* | Approximate Median Income** | Water Usage Based on Population *** | Sewer Charges (Water Usage x $22.66) | Water Charges (Water Usage x $12.05) | Total Water & Sewer Charges Based on Usage | Consent Decree Agreed Payment for Sewer Services After Aug. 1, 1996 | Charges as % of Median Income |
|---|---|---|---|---|---|---|---|---|
| 2014 | 10,615 | $ 82,004,539.00 | 103,920.85 | $ 2,354,846.46 | $ 1,252,246.24 | 3,607,093 | $ 2,344,610.26 | 2.9% |
| 2013 | 10,908 | $ 86,059,854.00 | 106,789.32 | $ 2,419,845.99 | $ 1,286,811.31 | 3,706,657 | $ 2,409,327.24 | 2.8% |
| 2012 | 11,214 | $ 91,483,086.00 | 109,785.06 | $ 2,487,729.46 | $ 1,322,909.97 | 3,810,639 | $ 2,476,915.63 | 2.7% |
| 2011 | 11,531 | $ 91,272,096.00 | 112,888.49 | $ 2,558,053.18 | $ 1,360,306.30 | 3,918,359 | $ 2,546,933.67 | 2.8% |
| 2010 | 11,776 | $ 101,873,610.00 | 115,287.04 | $ 2,612,404.33 | $ 1,389,208.83 | 4,001,613 | $ 2,601,048.55 | 2.6% |
| 2009 | 12,204 | $ 100,146,624.00 | 119,477.16 | $ 2,707,352.45 | $ 1,439,699.78 | 4,147,052 | $ 2,695,583.95 | 2.7% |
| 2008 | 12,558 | $ 106,887,690.00 | 122,942.82 | $ 2,785,884.30 | $ 1,481,460.98 | 4,267,345 | $ 2,773,774.43 | 2.6% |
| 2007 | 12,925 | $ 110,011,418.48 | 126,535.75 | $ 2,867,300.10 | $ 1,524,755.79 | 4,392,056 | $ 2,854,836.32 | 2.6% |
| 2006 | 13,305 | $ 113,245,796.74 | 130,255.95 | $ 2,951,599.83 | $ 1,569,584.20 | 4,521,184 | $ 2,938,769.62 | 2.6% |
| Totals | | $ 882,984,714.22 | 1,047,882.44 | $ 23,745,016.09 | $ 12,626,983.40 | $ 36,371,999.49 | $ 23,641,799.67 | 2.7% |

*Source: SEMCOG & US Census Bureau
**Source: US Census Bureau
***Water usage measured at the Highland Park Treatment Facility Dec 2011 to Nov 2012 equaled 2.25 MGD