# CITY OF HIGHLAND PARK

Return to Excellence                                                                                  Hubert Yopp
                                                                                                        Mayor

October 20, 2016

To: Calvin Grigsby

From: Eleanor Williamson, Finance Director

The amounts that the City of Highland shows that is due to DWSD/GLWA to date are as follows:

**Sewage**:
Total DWSD/GLWA billed for sewage is $56,781,768.16, amount due is $26,967,469.99 and as of Oct 20, 2016 we have paid $29,814,298.17.

*DWSD we have been billed $50,745,730.51 (Dates: October 2004 to December 2015) and the amount due is $22,576,844.27; The City of Highland Park has paid $28,168,886.24.

*GLWA we have been billed $6,036,037.65 (Dates: January 2016 to August 2016) and the amount due is $4,390,625.72; The City of Highland Park has paid $1,645,411.93.


**Rainwater**:
Total DWSD we have been billed $13,468.55 and we owe $13,072.30 and as of October 20, 2016 we have paid $396.25.
(Note:  Only DSWD bills us for Rainwater, this account did not switch over to GLWA)
We have 4 different accounts for Rainwater:

Dequindre Street: From January 2014 to August 2016 we have been billed $5,691.20; the amount due is $5,521.65; The City of Highland Park has paid $169.55.

Houston-Whittier Street: From August 2013 to September 2016 we have been billed $2059.18; the amount due is $1832.48; The City of Highland Park has paid $226.70.

Modern Street:  From May 2015 to August 2016 we have been billed $314.25; the amount due is $314.25; The City of Highland Park has paid $0.00

---

Robert B. Blackwell Municipal Building
12050 Woodward Avenue
Highland Park, Michigan  48203
313-252-0050



# CITY OF HIGHLAND PARK

Return to Excellence                                                                 Hubert Yopp
                                                                                          Mayor

St Aubin Street:  From January 2014 to August 2016 we have been billed $5403.92; the amount due is $5403.92; The City of Highland Park has paid $0.00.


**Wholesale Water**:
Total DWSD/GLWA billed $ 4,453,896.26, the amount due is $4,388,244.45 and as of October 20, 2016 we have paid $65,651.81:

*DWSD we have been billed $3,662,826.04 (Dates: November 2012 to December 2015); the amount due is $3,597,174.23; The City of Highland Park has paid $65,651.81.

*GLWA we have been billed $791,070.22 (Dates: January 2016 to September 2016); the amount due is $791,070.22 = The City of Highland Park has paid $0.00.


**Industrial Waste**:
Total DWSD/GLWA billed $1,438,443, amount due is $1,068,767.88 and as of October 20, 2016 we have paid $369,675.12.

*DWSD we have been billed $1,370,640.30 (Dates: January 2005 to December 2015); the amount due is $1,000,965.18; The City of Highland Park has paid $369,675.12.

*GLWA we have been billed $67,802.70 (Dates: January 2016 to August 2016; the amount due is $67,802.70; The City of Highland Park has paid $0.00.

Robert B. Blackwell Municipal Building
12050 Woodward Avenue
Highland Park, Michigan  48203
313-252-0050