# CITY OF HIGHLAND PARK

Return to Excellence

**Office of the Water Department**

Director – Damon L. Garrett, PE

*Metro Consulting Associates, LLC*

**RE: Chart of GLWA/DWSD Overcharges 2006-2014**

| Year | DWSD/GLWA Billed Revenue* | Consent Decree Agreed Payment for Sewer Services After Aug. 1, 1996 | Amount of Overcharge |
|---|---|---|---|
| 2014 | $ 6,887,428.00 | $ 2,344,610.26 | $ 4,542,817.74 |
| 2013 | $ 5,007,724.00 | $ 2,409,327.24 | $ 2,598,396.76 |
| 2012 | $ 4,840,249.00 | $ 2,476,915.63 | $ 2,363,333.37 |
| 2011 | $ 4,497,397.00 | $ 2,546,933.67 | $ 1,950,463.33 |
| 2010 | $ 3,965,206.00 | $ 2,601,048.55 | $ 1,364,157.45 |
| 2009 | $ 4,438,562.00 | $ 2,695,583.95 | $ 1,742,978.05 |
| 2008 | $ 4,363,745.00 | $ 2,773,774.43 | $ 1,589,970.57 |
| 2007 | $ 3,666,450.00 | $ 2,854,836.32 | $ 811,613.68 |
| 2006 | $ 3,370,616.00 | $ 2,938,769.62 | $ 431,846.38 |
| Totals | $ 41,037,377.00 | $ 23,641,799.67 | $ 17,395,577.33 |

*Source: EMMA publicly disclosed financial information



DWSD/GLWA Sewer Charge Comparison