

# CITY OF HIGHLAND PARK

Return to Excellence

**Office of the Water Department**
Director – Damon L. Garrett, PE
*Metro Consulting Associates, LLC*

| CATEGORY | MONTHLY REVENUE STORMWATER CHARGE | ANNUAL REVENUE STORMWATER CHARGE | TOTAL STORMWATER CHARGES DUE 1984 - 2015 |
|---|---|---|---|
| MDOT Right-of-Way - Stormwater (65.32 acres, rate of $428.73) | $28,004.64 | $336,055.72 | $10,753,783.14 |
| Wayne County Right-of-Way - Stormwater (19.66 acres, rate of $428.73) | $8,428.83 | $101,145.98 | $3,236,671.41 |
|  | **$36,433.48** | **$437,201.70** | **$13,990,454.55** |

*Drainage/stormwater charge utilizes DWSD methodology,  Overall rates for drainage/stormwater determined by contribution to sewer system.

*All fees estimated by percentages of contribution to flow/usage and total DWSD/GLWA billing to the City of Highland Park

*Stormwater runoff information for Wayne County and MDOT roads obtained from reports by MCA and Giffels Webster

*MDOT took control of the Davison Freeway in 1993