STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF HIGHLAND PARK
A Municipal Corporation,

        Plaintiff,

v.

WAYNE COUNTY,

        Defendants.

Case No. 15-014322-CZ

Hon. Annette J. Berry

15-014322-CZ

FILED IN MY OFFICE
WAYNE COUNTY CLERK
3/17/2016 3:42:14 PM
CATHY M. GARRETT

**ORDER**        /s/ Cheryl Bascomb

At a session of said Court held in the Coleman A. Young Municipal Center, Detroit, Wayne County, Michigan, on this  3/17/2016

**PRESENT:** Annette J. Berry
        Circuit Judge

The Court being advised in the premises and for the reasons stated in the foregoing Opinion,

**IT IS ORDERED** that Plaintiff's Motion for a Preliminary Injunction is hereby **DENIED**.

/s/ Annette J. Berry
Circuit Judge