# EXHIBIT O - III

# EXHIBIT D



CITY OF DETROIT
SEWAGE DISPOSAL FUND

Basic Financial Statements
and Required Supplementary Information

June 30, 2005 and 2004

(With Independent Auditors' Report Thereon)

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Table of Contents

| | Page(s) |
|---|---|
| Independent Auditors' Report | 1 – 2 |
| Basic Financial Statements: | |
|    Statements of Net Assets | 3 – 4 |
|    Statements of Revenues, Expenses, and Changes in Fund Net Assets | 5 |
|    Statements of Cash Flows | 6 |
|    Notes to Basic Financial Statements | 7 – 24 |
| Required Supplementary Information (Unaudited) | 25 |



KPMG LLP
Suite 1200
150 West Jefferson
Detroit, MI 48226-4429

Independent Auditors' Report

The Board of Water Commissioners,
  the Honorable Mayor, and
  Members of the City Council
City of Detroit, Michigan:

We have audited the accompanying basic financial statements of the Sewage Disposal Fund (the Fund), an Enterprise fund of the City of Detroit, Michigan (the City), as of and for the years ended June 30, 2005 and 2004, as listed in the table of contents. These financial statements are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the City's internal control over financial reporting of the Fund. Accordingly, we express no such opinion. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and the significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

As discussed in note 1, the financial statements referred to above present only the Sewage Disposal Fund of the City of Detroit, Michigan and are not intended to present fairly the financial position of the City of Detroit, Michigan as of June 30, 2005 and 2004, and the changes in its financial position, and, where applicable, cash flows for the years then ended, in conformity with U.S. generally accepted accounting principles.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Sewage Disposal Fund of the City of Detroit, Michigan as of June 30, 2005 and 2004, and the changes in its net assets and its cash flows for the years then ended, in conformity with U.S. generally accepted accounting principles.

In accordance with *Government Auditing Standards*, we have also issued a report dated March 31, 2006 on our consideration of the Fund's internal control over financial reporting and on our tests of its compliance with certain provisions of laws, regulations, contracts, and grant agreements and other matters. The purpose of that report is to describe the scope of our testing of internal control over financial reporting and compliance and the results of that testing, and not to provide an opinion on the internal control over



financial reporting or on compliance. That report is an integral part of an audit performed in accordance with *Government Auditing Standards* and should be considered in assessing the results of our audit.

The Fund has not presented Management's Discussion and Analysis, which U.S. generally accepted accounting principles have determined is necessary to supplement, although not required to be part of, the basic financial statements.

The schedule of funding progress on page 25 is not a required part of the basic financial statements but is supplementary information required by U.S. generally accepted accounting principles. We have applied certain limited procedures, which consisted principally of inquiries of management regarding the methods of measurement and presentation of the required supplementary information. However, we did not audit the information and express no opinion on it.

*KPMG LLP*

March 31, 2006

2

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Statements of Net Assets

June 30, 2005 and 2004

| Assets | 2005 | 2004 |
|---|---:|---:|
| Current assets: | | |
| Investments | $ 47,948,538 | 40,242,687 |
| Due from other funds | 66,388,078 | 40,413,894 |
| Accounts receivable (including $41,695,332 and $45,030,242 for unbilled sewage services and net of allowance for doubtful accounts of $64,482,340 and $42,901,655 for June 30, 2005 and 2004, respectively) | 88,501,230 | 112,592,864 |
| Rate adjustments receivable from customers | 12,174,737 | 21,842,391 |
| Prepaid expenses | 381,847 | 5,880 |
| Inventories | 11,173,380 | 10,890,503 |
| Restricted cash | 12,289,108 | 31,905,215 |
| Restricted investments | 275,424,204 | 349,717,460 |
| Restricted due from other funds | 37,638,549 | 20,688,810 |
| Total current assets | 551,919,671 | 628,299,704 |
| Noncurrent assets: | | |
| Restricted long-term investments | 308,770,507 | 261,766,757 |
| Net pension asset | 7,850,281 | — |
| Noncurrent rate adjustments receivable from customers | 44,946,430 | 13,430,669 |
| Issuance costs – pension obligation certificates of participation | 286,646 | — |
| Unamortized bond issuance costs | 35,433,200 | 31,105,792 |
| Capital assets: | | |
| Land | 13,876,751 | 13,876,751 |
| Structures | 1,143,914,922 | 891,488,855 |
| Interceptors, regulators, and improvements | 542,769,689 | 532,455,750 |
| Equipment | 708,031,859 | 572,095,371 |
| Construction work in progress | 1,219,986,063 | 1,203,738,078 |
| Total capital assets | 3,628,579,284 | 3,213,654,805 |
| Less accumulated depreciation | (681,127,715) | (637,571,035) |
| Net capital assets | 2,947,451,569 | 2,576,083,770 |
| Total noncurrent assets | 3,344,738,633 | 2,882,386,988 |
| Total assets | $ 3,896,658,304 | 3,510,686,692 |

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Statements of Net Assets

June 30, 2005 and 2004

| Liabilities and Net Assets | | 2005 | 2004 |
|---|---|---:|---:|
| **Current liabilities:** | | | |
| Current liabilities payable from current assets: | | | |
| Book cash overdraft | $ | 758,762 | 134,189 |
| Accounts and contracts payable | | 7,683,870 | 13,928,353 |
| Due to other funds | | 53,133,721 | 34,675,106 |
| Accrued salaries and wages | | 1,629,152 | 1,455,830 |
| Rate adjustments payable to customers | | 4,938,657 | 4,048,127 |
| Accrued workers' compensation | | 895,155 | 1,181,346 |
| Accrued compensated absences | | 5,556,011 | 6,051,544 |
| Other current accrued liabilities | | 754,691 | 360,864 |
| Total current liabilities payable from current assets | | 75,350,019 | 61,835,359 |
| Current liabilities payable from restricted assets: | | | |
| Revenue bonds and revolving loan payable within one year | | 50,035,000 | 44,825,000 |
| Accrued bond interest payable | | 38,654,433 | 25,691,034 |
| Other liabilities | | 89,017 | — |
| Accounts and contracts payable | | 62,465,874 | 78,922,676 |
| Due to other funds | | 11,074,002 | 5,207,146 |
| Total current liabilities payable from restricted assets | | 162,318,326 | 154,645,856 |
| Total current liabilities | | 237,668,345 | 216,481,215 |
| **Long-term liabilities:** | | | |
| Revenue bonds and revolving loan payable | | 2,609,004,255 | 2,321,850,625 |
| Pension obligation certificates of participation payable | | 8,760,811 | — |
| Deferred swap termination fees | | 2,286,256 | 14,056,137 |
| Rate adjustments payable to customers | | 7,054,465 | 5,329,657 |
| Accrued workers' compensation | | 3,832,814 | 4,025,338 |
| Accrued compensated absences | | 8,361,795 | 6,106,719 |
| Total long-term liabilities | | 2,639,300,396 | 2,351,368,476 |
| Total liabilities | | 2,876,968,741 | 2,567,849,691 |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 646,808,681 | 610,829,187 |
| Restricted for capital acquisitions and bond payments | | 166,369,102 | 130,303,233 |
| Unrestricted | | 206,511,780 | 201,704,581 |
| Total net assets | $ | 1,019,689,563 | 942,837,001 |

See accompanying notes to basic financial statements.

4

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Statements of Revenues, Expenses, and Changes in Fund Net Assets

Years ended June 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---:|---:|
| Operating revenues: | | |
| General customers | $ 146,456,155 | 135,752,132 |
| Suburban customers | 158,120,913 | 170,810,298 |
| City departments | 281,062 | 998,336 |
| Sewage surcharge | 5,914,639 | 3,155,337 |
| Miscellaneous | 2,815,506 | 3,856,227 |
| Total operating revenues, net | 313,588,275 | 314,572,330 |
| Operating expenses before depreciation: | | |
| Sewage treatment plant | 103,536,940 | 108,834,440 |
| Interceptors and regulators | 740,870 | 182,574 |
| Sewer pumping stations | 3,122,298 | 5,076,606 |
| Sewer maintenance and engineering | 12,348,658 | 15,566,222 |
| Combined sewage overflow control basins | 511,252 | 1,141,192 |
| Commercial | 5,698,629 | 6,321,194 |
| Administrative and general | 37,441,707 | 40,624,344 |
| Total operating expenses before depreciation | 163,400,354 | 177,746,572 |
| Operating income before depreciation | 150,187,921 | 136,825,758 |
| Depreciation | 44,053,316 | 50,085,670 |
| Total operating income | 106,134,605 | 86,740,088 |
| Nonoperating revenues (expenses): | | |
| Earnings on investments | 14,930,952 | 8,017,586 |
| Interest expense, net of capitalized interest | (44,205,957) | (59,629,554) |
| Miscellaneous | (7,038) | (4,699,023) |
| Total nonoperating expense | (29,282,043) | (56,310,991) |
| Increase in net assets | 76,852,562 | 30,429,097 |
| Net assets – beginning of year | 942,837,001 | 912,407,904 |
| Net assets – end of year | $ 1,019,689,563 | 942,837,001 |

See accompanying notes to basic financial statements.

5

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Statements of Cash Flows

Years ended June 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Receipts from customers | $ 326,617,651 | 323,241,563 |
| Internal activity – payments to other funds | (18,598,461) | (3,467,351) |
| Payments to suppliers | (124,774,098) | (109,592,661) |
| Payments to the General Retirement System in excess of annual required contributions | (7,850,281) | — |
| Payments to employees | (68,354,090) | (43,049,784) |
| Net cash provided by operating activities | 107,040,721 | 167,131,767 |
| Cash flows from noncapital and related financing activities: |  |  |
| Proceeds from issuance of pension obligation certificates of participation | 8,760,811 | — |
| Issuance costs – pension obligation certificates of participation | (286,646) | — |
| Bank overdraft | 758,762 | 134,189 |
| Net cash provided by noncapital and related activities | 9,232,927 | 134,189 |
| Cash flows from capital and related activities: |  |  |
| Acquisition and construction of capital assets, net | (364,680,084) | (354,410,519) |
| Principal paid on revenue bond maturities and revolving loan | (32,590,000) | (38,745,000) |
| Interest paid on revenue bonds | (82,010,501) | (113,346,957) |
| Principal paid on refunded debt | (108,765,000) | (103,845,000) |
| Proceeds from bond issuance and increase in revolving note payable, net | 426,848,891 | 208,532,328 |
| Swap termination fee | (11,750,000) | — |
| Other receipts | — | 14,056,137 |
| Unamortized discount and bond issuance cost | — | 410,035 |
|  | 2,542,333 | 2,644,404 |
| Net cash used in capital and related financing activities | (170,404,361) | (384,704,572) |
| Cash flows from investing activities: |  |  |
| Proceeds from sales and maturities of investments | 651,726,904 | 847,618,237 |
| Purchase of investments | (632,143,250) | (651,726,904) |
| Interest received on investments | 14,930,952 | 8,017,587 |
| Net cash provided by investing activities | 34,514,606 | 203,908,920 |
| Net decrease in cash | (19,616,107) | (13,529,696) |
| Cash at beginning of year | 31,905,215 | 45,434,911 |
| Cash at end of year | $ 12,289,108 | 31,905,215 |
| Reconciliation of operating income to net cash provided by operating activities: |  |  |
| Operating income | $ 106,134,605 | 86,740,088 |
| Adjustments to reconcile operating income to net cash provided by operating activities |  |  |
| Depreciation | 44,053,316 | 50,085,670 |
| Provision for uncollectible accounts | 21,580,685 | 5,237,411 |
| Changes in certain assets and liabilities: |  |  |
| (Increase) decrease in accounts receivable | 2,510,949 | (10,074,723) |
| Increase in rate refund receivable from customers | (21,982,296) | (6,468,196) |
| (Increase) decrease in prepaid expenses | (375,967) | 29,477,360 |
| (Increase) decrease in inventories | (282,877) | 3,365,569 |
| Increase in net pension asset | (7,850,281) | — |
| Increase (decrease) in accounts and contracts payable | (22,701,285) | 5,412,445 |
| Increase in accrued salaries and wages | 173,323 | 257,530 |
| Increase in rate refund payable to customers | 2,615,338 | 4,041,931 |
| Increase in other accrued liabilities and accrued compensated absences and accrued workers' compensation | 1,763,672 | 2,524,033 |
| Net change in due (to) from other funds | (18,598,461) | (3,467,351) |
| Net cash provided by operating activities | $ 107,040,721 | 167,131,767 |

See accompanying notes to basic financial statements.

6



# CITY OF DETROIT
## SEWAGE DISPOSAL FUND

Basic Financial Statements

June 30, 2014

(With Independent Auditors' Report Thereon)

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Table of Contents

|  | Page(s) |
|---|---|
| Independent Auditors' Report | 1–2 |
| Basic Financial Statements: | |
| Statement of Fund Net Position | 3-4 |
| Statement of Revenues, Expenses, and Changes in Fund Net Position | 5 |
| Statement of Cash Flows | 6 |
| Notes to Basic Financial Statements | 7–72 |



KPMG LLP
Suite 1900
150 West Jefferson
Detroit, MI 48226

## Independent Auditors' Report

The Board of Water Commissioners,
  the Honorable Mayor Michael E. Duggan, and
  the Honorable Members of the City Council
City of Detroit, Michigan:

We have audited the accompanying financial statements of the Sewer Fund (the Fund), an enterprise fund of the City of Detroit, Michigan (the City), as of and for the year ended June 30, 2014, and the related notes to the financial statements, which collectively comprise the Fund's basic financial statements as listed in the table of contents.

*Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with U.S. generally accepted accounting principles; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Sewer Fund as of June 30, 2014, and the changes in its financial position, and its cash flows for the year then ended in accordance with U.S. generally accepted accounting principles.

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.

KPMG

*Emphasis of Matter*

*Emphasis of Matter Regarding Bankruptcy Filing*

As discussed in Note 17 to the financial statements, on July 18, 2013 the City filed a voluntary petition under Chapter 9 of the Bankruptcy Code. On November 12, 2014, the Bankruptcy Court entered an order confirming the City's Eighth Amended Plan of Adjustment ("Plan"). The Plan became effective in accordance with its terms on December 10, 2014, and the City exited bankruptcy. Our opinion is not modified with respect to this matter.

*Emphasis of Matter Regarding Adoption of New Accounting Pronouncement*

As discussed in Note 2 (q) to the financial statements, in 2014, the Fund adopted the provisions of Governmental Accounting Standards Board (GASB) Statement No. 65, *Items Previously Reported as Assets and Liabilities*. As a result, beginning net position was restated as bond issuance costs, except any portion related to prepaid insurance costs, are now recognized as an expense in the period incurred. Bond issuance costs were previously reported as an asset and recognized as an expense in a systematic and rational manner over the duration of the related debt. Our opinion is not modified with respect to this matter.

*Emphasis of Matter Regarding Fund Financial Statements*

As discussed in note 1, the basic financial statements present only the Sewer Fund and do not purport to, and do not, present fairly the financial position of the City of Detroit, Michigan, as of June 30, 2014, the changes in its financial position, or, where applicable, its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America. Our opinion is not modified with respect to this matter.

*Other Matters*

*Required Supplementary Information*

Management has omitted management's discussion and analysis, schedules of employer contributions, and schedules of funding progress that U.S. generally accepted accounting principles require to be presented to supplement the basic financial statements. Such missing information, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. Our opinion on the basic financial statements is not affected by this missing information.

*KPMG LLP*

Detroit, Michigan
May 29, 2015

2

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Statement of Fund Net Position

June 30, 2014

| | |
|---|---:|
| **Current assets:** | |
| Cash and cash equivalents | $ 96,127,434 |
| Investments | 20,771,621 |
| Accounts receivable: | |
|   Billed accounts receivable | 164,108,845 |
|   Unbilled accounts receivable | 70,590,364 |
|   Other accounts receivable | 6,422,001 |
|   Allowance for doubtful accounts | (108,044,238) |
|     Total accounts receivable, net | 133,076,972 |
| Restricted: | |
|   Cash and cash equivalents | 152,554,687 |
|   Investments | 19,487,688 |
| Due from other funds | 7,435,471 |
| Due from fiduciary funds | 1,639,051 |
| Inventories | 9,384,419 |
| Prepaid expenses and other current assets | 787,731 |
|     Total current assets | 441,265,074 |
| **Noncurrent assets:** | |
| Restricted: | |
|   Cash and cash equivalents | 52,137,290 |
|   Investments | 68,058,347 |
| Other receivables | 7,523,336 |
| Net pension asset | 90,144,213 |
| Prepaid insurance on debt | 20,670,224 |
| Capital assets: | |
|   Assets not subject to depreciation | 289,850,348 |
|   Assets subject to depreciation, net | 2,548,144,492 |
|     Total capital assets, net | 2,837,994,840 |
|     Total noncurrent assets | 3,076,528,250 |
|     Total assets | $ 3,517,793,324 |
| Deferred outflows of resources | 214,536,819 |

See accompanying notes to basic financial statements.

3

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Statement of Fund Net Position

June 30, 2014

| | |
|---|---:|
| Current liabilities: | |
| Accounts and contracts payable | $ 63,013,252 |
| Accrued salaries and wages | 620,423 |
| Due to other funds | 22,743,136 |
| Due to fiduciary funds | 1,365,525 |
| Revenue bonds and state revolving loans | 86,495,000 |
| Pension obligation certificates of participation | 2,041,421 |
| Debt due to insurer subrogee | 3,876,257 |
| Other accrued liabilities | 16,003,280 |
| Accrued interest payable | 71,473,338 |
| Accrued other postemployment benefits | 1,111,555 |
| Accrued compensated absences | 1,565,150 |
| Accrued workers' compensation | 507,000 |
| Claims and judgments | 1,527,458 |
| Total current liabilities | 272,342,795 |
| Long-term liabilities: | |
| Revenue bonds and state revolving loans, net | 3,259,316,826 |
| Pension obligation certificates of participation, net | 83,802,009 |
| Accrued other postemployment benefits | 254,116 |
| Accrued compensated absences | 3,178,793 |
| Accrued workers' compensation | 3,185,000 |
| Other accrued liabilities | 15,217,513 |
| Claims and judgments | 1,177,500 |
| Derivative instruments – swap liability | 19,073,402 |
| Total long-term liabilities | 3,385,205,159 |
| Total liabilities | 3,657,547,954 |
| Deferred inflows of resources | 3,738,739 |
| Fund net position: | |
| Net investment in capital assets | 22,834,100 |
| Restricted: | |
| Restricted for capital acquisitions | 44,123,303 |
| Restricted for debt service | 176,641,371 |
| Unrestricted deficit | (172,555,324) |
| Total fund net position | $ 71,043,450 |

See accompanying notes to basic financial statements.

4

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Statement of Revenues, Expenses, and Changes in Fund Net Position

Year ended June 30, 2014

| | |
|---|---:|
| Operating revenues: | |
| General customers | $ 207,522,787 |
| Suburban customers | 257,264,293 |
| City departments | 569,361 |
| Sewage surcharge | 5,830,344 |
| Miscellaneous | 4,584,059 |
| Total operating revenues | 475,770,844 |
| Operating expenses: | |
| Wastewater treatment plant | 121,892,512 |
| Pumping stations | 10,847,365 |
| Combined sewage overflow control basins | 6,818,858 |
| Interceptors | 2,262,504 |
| Sewer | 11,816,146 |
| Industrial waste control | 3,759,584 |
| Meters | 16,977 |
| Commercial | 6,423,961 |
| Administrative and general | 42,213,604 |
| Other items: | |
| Net OPEB obligation | 1,121,642 |
| Nonrecurring capital asset adjustment | 21,996,104 |
| Total operating expenses before depreciation | 229,169,257 |
| Depreciation | 118,409,025 |
| Total operating expenses | 347,578,282 |
| Operating income | 128,192,562 |
| Nonoperating revenues (expenses): | |
| Investment earnings (losses): | |
| Earnings on investment activity | 2,832,781 |
| Change in fair value of derivatives | (491,902) |
| Interest expense, net of capitalized interest | (135,145,219) |
| Amortization of bond issuance costs and deferrals | (13,963,557) |
| Miscellaneous expenses | (11,573,635) |
| Total nonoperating expenses net | (158,341,532) |
| Decrease in fund net position before special item | (30,148,970) |
| Special item – OPEB plan termination | 70,201,066 |
| Increase in fund net position | 40,052,096 |
| Fund net position – beginning of year, restated (See note 2(q)) | 30,991,354 |
| Fund net position – end of year | $ 71,043,450 |

See accompanying notes to basic financial statements.

5

CITY OF DETROIT
SEWAGE DISPOSAL FUND

Statement of Cash Flows

Year ended June 30, 2014

| | |
|---|---:|
| Cash flows from operating activities: | |
| Receipts from customers | $ 475,207,954 |
| Internal activity – payments to other funds | (21,977,299) |
| Payments to suppliers | (105,305,127) |
| Payments to employees | (64,948,994) |
| Net cash provided by operating activities | 282,976,534 |
| Cash flows from noncapital financing activities: | |
| Interest paid on pension obligation certificates of participation | (2,494,649) |
| Miscellaneous nonoperating expenses | (11,573,635) |
| Net cash used in noncapital financing activities | (14,068,284) |
| Cash flow from capital and related financing activities: | |
| Acquisition and construction of capital assets | (118,350,724) |
| Principal paid on revenue bonds and state revolving loans | (78,245,000) |
| Interest paid on revenue bonds and state revolving loans | (145,306,061) |
| Proceeds from issuance of state revolving loans | 12,705,851 |
| Net cash used in capital and related financing activities | (329,195,934) |
| Cash flows from investing activities: | |
| Proceeds from sales and maturities of investments | 84,773,753 |
| Purchase of investments | (60,523,125) |
| Interest received on investments | 1,135,070 |
| Net cash provided by investing activities | 25,385,698 |
| Net decrease in cash and cash equivalents | (34,901,986) |
| Cash and cash equivalents at beginning of year, as adjusted | 335,721,397 |
| Cash and cash equivalents at end of year | $ 300,819,411 |
| Reconciliation of operating income to net cash provided by operating activities: | |
| Operating income | 128,192,562 |
| Adjustments to reconcile operating income to net cash provided by operating activities: | |
| Depreciation | 118,409,025 |
| Nonrecurring capital asset adjustment | 21,996,104 |
| Loss on disposal of capital assets | 10,573,894 |
| Changes in assets and liabilities: | |
| Accounts receivable | (562,890) |
| Due from other funds | (7,435,471) |
| Inventories | 378,384 |
| Prepaid expenses | 65,461 |
| Net pension asset | (3,895,750) |
| Accounts and contracts payable | 12,524,879 |
| Accrued salaries and wages | 17,703 |
| Due to other funds | (14,541,828) |
| Due to fiduciary funds | 1,136,329 |
| Other accrued liabilities, accrued compensated absences, and accrued workers' compensation | 12,481,532 |
| Other postemployment benefits obligation | 1,121,642 |
| Claims and judgments payable | 2,514,958 |
| Net cash provided by operating activities | $ 282,976,534 |
| Noncash capital financing activities: | |
| Fair value of derivatives | $ 491,902 |
| Prior period adjustment | 21,367,325 |
| Special item – OPEB plan termination | (70,201,066) |

See accompanying notes to basic financial statements.

6